IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff

v.

[21] JAN A. HERNANDEZ MARTINEZ, and
[42] WENDEE P. CEDENO ROSA,
Defendants.

Case NO.: 23-cr-195(PAD)

**UNITED STATES OF AMERICA'S MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, to inform that it filed a motion on this same date under the restriction level of Selected Parties. The pleading filed with this motion is to be viewed only by the Court, the Government and defendants [21] Jan A. Hernandez-Martinez and [42] Wendee P. Cedeno Rosa. In compliance with the Court's Standing Order No. 9, the United States submits that the referred restriction level is requested due to sensitivity of the details therein referenced.

WHEREFORE, the United States respectfully prays the Court allows that the motion at Docket No. 7 remain under the requested restriction level.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 18th of May 2023.

W. STEPHEN MULDROW
United States Attorney

*s/Daniel J. Olinghouse*
Daniel J. Olinghouse
Assistant United States Attorney
USDC-PR No. G03009
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
Daniel.Olinghouse2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th of May 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy to the attorney of record.

*s/Daniel J. Olinghouse*
Daniel J. Olinghouse
Assistant United States Attorney
